**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4620-17T4

IN THE MATTER OF THE
ESTATE OF ADDISON HEWITT,
Deceased.

_____

Submitted March 27, 2019 – Decided April 3, 2019

Before Judges Alvarez and Nugent.

On appeal from Superior Court of New Jersey, Chancery Division, Burlington County, Docket No. 2014-1738.

Mark J. Molz, attorney for appellant Joan Hewitt.

McNeely McGuigan & Esmi, LLC, attorneys for respondent Margaret Hewitt (Lori M. McNeely, on the brief).

Law Office of McInerney and Schmidt, LLC, attorneys for minor respondents (Sandford F. Schmidt, on the brief).

PER CURIAM

The parties having informed the court that this matter is settled, this appeal is dismissed, with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-4620-17T4